

# Fourth Court of Appeals
## San Antonio, Texas

September 25, 2014

No. 04-14-00145-CV

**IN THE GUARDIANSHIP ESTATE OF MARIA I. RODRIGUEZ**,

From the Probate Court No 1, Bexar County, Texas
Trial Court No. 2010-PC-2639
Honorable Polly Jackson Spencer, Judge Presiding

## O R D E R

One of the appellees filed a letter with this court stating the parties have reached a settlement subject to the trial court's approval. Appellee's counsel, Ms. Nancy Hamren, asks this court to abate all deadlines in the interim.

The request is GRANTED and this appeal is abated until October 27, 2014. The parties are ORDERED to file either the appropriate motion to dismiss this appeal or a motion to reinstate appellate deadlines no later than October 28, 2014. If the appeal is reinstated, appellees' brief is due thirty days from the date of reinstatement.

All other appellate deadlines are held in abeyance pending further order of this court.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of September, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court